United States District Court
Southern District of Texas
**ENTERED**
January 08, 2026
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | |
|---|---|
| Van Tran, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. H-25-0149 |
| § | |
| Houston Housing Authority, § | |
| § | |
| Defendant. § | |

## ORDER OF ADOPTION

Having reviewed the Magistrate Judge's Memorandum and Recommendation (docket no. 40) dated December 19, 2025, and no party having filed objections thereto, the Court is of the opinion that the Memorandum and Recommendation should be adopted by this Court.

It is, therefore, **ORDERED** that the Magistrate Judge's Memorandum and Recommendation is hereby **ADOPTED** by this Court.

It is further **ORDERED** that Defendant Houston Housing Authority's Motion to Dismiss (docket no. 32) is **GRANTED** and that all of Plaintiff Van Tran's claims are **DISMISSED WITH PREJUDICE**.

**SIGNED** at Houston, Texas, on this the 8th day of January, 2026.

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE